**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 19, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00049-CR

---

### CARLOS ROMERO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1445351**

## M E M O R A N D U M   O P I N I O N

A written motion to dismiss the appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's motion.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.

Do Not Publish — Tex. R. App. P. 47.2(b).